RECEIVED
MAR - 8 2017
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| DERRICK CORPORATION | CIVIL ACTION NO. 16-128 |
| VERSUS | JUDGE DOHERTY |
| AXON EP, INC. | MAGISTRATE JUDGE WHITEHURST |

## JUDGMENT AND ORDER OF DISMISSAL

The parties to this Civil Action have entered into a Settlement and Release Agreement and have compromised and settled their claims and demands against each other; Screen Logix, LLC, Axon EP, Inc., d/b/a Axon Energy Products, and Jeffrey Walker (collectively "Defendants") have each acknowledged the validity, enforceability, and infringement of U.S. Patent Nos. 7,578,394, 8,443,984, 9,027,760, 8,910,796, 9,199,279, 9,370,797 and 9,370,798; and Defendants and plaintiff Derrick Corporation have agreed to entry of this Judgement as follows:

IT IS HEREBY ADJUDGED AND DECREED that the parties agree that U.S. Patent Nos. 7,578,394, 8,443,984, 9,027,760, 8,910,796, 9,199,279, 9,370,797 and 9,370,798 are valid and enforceable, and the parties also agree the referenced patents have been infringed by Defendants' Derrick Hyperpool® and Dual Pool® 600 series replacement screens.

IT IS ORDERED that this Civil Action, including all causes of action, claims, counterclaims, demands and defenses that were raised or attempted to be raised in any original or amended pleading or that could have been raised, are hereby DISMISSED WITH PREJUDICE with each party responsible for paying its own attorneys' fees, costs, and

expenses incurred in this Civil Action.

IT IS FURTHER ORDERED that this Court shall retain jurisdiction over the Settlement for the purpose of enforcing the Settlement.

THUS DONE AND SIGNED in Chambers, Lafayette, Louisiana, this ___8th___ day of March, 2017.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE